**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6834**

---

ROBERT J. BARKLEY, SR.,

Petitioner - Appellant,

versus

WILLIAM DUNCIL,

Respondent - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. Robert Earl Maxwell, Senior District Judge. (CA-95-108)

---

Submitted: February 27, 1997          Decided: March 11, 1997

---

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Robert J. Barkley, Sr., Appellant Pro Se. Scott E. Johnson, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Appellant's motion for a certificate of probable cause, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. Barkley v. Duncil, No. CA-95-108 (N.D.W. Va. Apr. 15, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED